UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY HANDLOSER,<br><br>    Plaintiff,<br><br>    v.<br><br>HCL AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 19-CV-01242-LHK<br><br>**CASE MANAGEMENT ORDER** |

The case management conference scheduled for June 19, 2019, is hereby CONTINUED to September 18, 2019, at 2:00 p.m. The parties shall submit a joint case management statement by September 11, 2019.

The discovery limits in the Federal Rules of Civil Procedure shall govern the case.

In addition, the Court sets the following case schedule.

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | September 18, 2019, at 2:00 p.m. |
| Last Day to Amend the Pleadings/Add Parties | November 8, 2019 |
| Opening Class Certification Expert Reports | April 2, 2020 |
| Rebuttal Class Certification Expert Reports | April 23, 2020 |
| Close of Class Certification Expert Discovery | May 14, 2020 |

1

Case No. 19-CV-01242-LHK
CASE MANAGEMENT ORDER

| Motion for Class Certification | Motion: June 4, 2020 |
| --- | --- |
| | Opposition: July 16, 2020 |
| | Reply: August 6, 2020 |
| Class Certification Hearing | August 27, 2020, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: June 17, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 19-CV-01242-LHK
CASE MANAGEMENT ORDER