UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY HANDLOSER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HCL AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-01242-LHK (VKD)<br><br>**INTERIM ORDER RE DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 46, 48 |

    The Court held a hearing on November 19, 2019 regarding the disputes described in two joint discovery dispute letters, Dkt. Nos. 46 and 48. The parties conferred during a recess in the hearing, after which they advised the Court that they had reached agreement regarding the scope of production by defendants responsive to the requests for production of documents at issue and the timing for specific portions of that production. Dkt. No. 52. The parties also advised that they have agreed on the steps necessary to reach agreement on a protocol for the search and production of electronically stored information ("ESI") by defendants. *Id*.

    The parties shall file a stipulation and proposed order memorializing their agreed resolution of the issues raised in Dkt. Nos. 46 and 48 by **November 22, 2019**.

    The Court will conduct a telephonic status conference on **December 20, 2019 at 10:00 a.m.** to discuss the parties' progress regarding the search and production of ESI by defendants. Counsel shall arrange for appearance via CourtCall, 866-582-6878. The parties shall file a brief status report no later than **December 18, 2019** advising the Court of their progress and proposing

an agenda for the status conference.

**IT IS SO ORDERED.**

Dated: November 19, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge