UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY HANDLOSER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HCL AMERICA, INC., et al.,<br><br>Defendants. | Case No. 19-cv-01242-LHK (VKD)<br><br>**ORDER RE DISCOVERY**<br>Re: Dkt. No. 56 |

The Court conducted a discovery status conference on December 20, 2019. As discussed on the record during the conference, the Court orders as follows:

The parties shall confer further regarding an ESI Protocol. If they cannot resolve their dispute, the parties shall submit their competing proposed ESI Protocols and a joint discovery dispute letter regarding the dispute for resolution by the Court by January 3, 2020.

The parties shall confer regarding the specific custodians and search terms proposed by plaintiffs by December 27, 2019. If they cannot resolve their dispute as to custodians, the parties shall submit a joint discovery dispute letter regarding that dispute for resolution by the Court by January 3, 2020. Separately, and to the extent not addressed in a joint discovery dispute letter, the parties shall file a report on January 3, 2020 regarding their efforts to select custodians and search terms, and shall state specifically what remains to be done to finalize the selection of custodians and search terms.

The parties shall confer regarding the preservation, collection, and production of metadata for the documents due to be produced in January. *See* Dkt. No. 55. The parties shall discuss whether metadata is needed and whether relevant information may be provided in another form. If

they cannot resolve their dispute, the parties may submit the dispute for resolution by the Court using the discovery dispute resolution procedures in the Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: December 20, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge