UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY HANDLOSER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HCL AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-01242-LHK (VKD)<br><br>**INTERIM ORDER RE DISCOVERY LETTER BRIEF RE VDART DOCUMENTS**<br><br>Re: Dkt. No. 128 |

As discussed during the August 4, 2020 discovery hearing, by August 6, 2020 the parties shall submit to the Court the following:

1. The search terms plaintiffs provided to VDart, Inc. ("VDart") in connection with discussions about VDart's production of documents responsive to plaintiffs' subpoena. *See* Dkt. No. 128 at 3.

2. The search terms plaintiffs provided to defendants HCL Technologies Ltd. and HCL America, Inc. (collectively, "HCL") for application to the documents VDart provided to HCL. *See id.* at 8.

3. The communication in which HCL first informed plaintiffs that HCL objected to the production of documents sought by the subpoena to VDart. *See* Dkt. No. 128 at 7. If the communication was made in writing, a copy of that writing shall be submitted to the Court. If the communication was HCL's statement of non-opposition to plaintiffs' Rule 502 motion (Dkt. No. 118), HCL shall so state.

4. The relevant portion(s) of the contract(s) between VDart and HCL concerning

VDart's confidentiality obligations.  In lieu of submitting the entire contract(s), HCL may submit excerpts or verbatim statements of the confidentiality terms.

**IT IS SO ORDERED.**

Dated: August 4, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge