United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY HANDLOSER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HCL AMERICA, INC., et al.,<br><br>Defendants. | Case No. 19-cv-01242-LHK (VKD)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 145 |

Defendants' motion for leave to file a motion for protective order is granted. They shall file their proposed motion for protective order as a separate docket entry on ECF. Discovery sought by the subject subpoena to Mr. Ethridge is stayed pending resolution of the matter.

**IT IS SO ORDERED.**

Dated: August 31, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge