<u>CIVIL MINUTE ORDER</u>

VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE
COURTROOM NO. 2

---

DATE:  September 10, 2020                           CASE No.  5:19-cv-01242-LHK (VKD)

CASE TITLE:  Handloser, et al. v. HCL America, et al.

APPEARANCES

For Plaintiff(s):   Daniel Low, Lindsey Grunert

For Defendant(s):   Brian Berry, Douglas Farmer, Roshni Kapoor

ZOOM PROCEEDING FOR MID-DEPOSITION DISPUTE

The Court held a conference with the parties regarding issues that arose during a Rule 30(b)(6) deposition, currently in progress.  Counsel stated their respective positions.  The Court provided guidance to the parties regarding the conduct of depositions.