# Exhibit 28

UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED