UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREGORY HANDLOSER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HCL AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 19-CV-01242-LHK<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS MOOT**<br><br>Re: Dkt. Nos. 217, 218, 224, 227 |

On September 24, 2021, the parties filed a joint settlement status report representing that they have reached a settlement in principle, will finalize the terms of the settlement, and will file a stipulation to dismiss with prejudice by October 22, 2021. ECF No. 232. Defendant initially filed a Motion for Summary Judgement on August 23, 2021, ECF No. 217. Two days later, on August 25, 2021, Defendant filed an Errata to the Motion for Summary Judgment, ECF No. 223, and also re-filed the Motion for Summary Judgment, ECF No. 224. Defendant's Motion for Summary Judgment is fully briefed and scheduled for a hearing on October 7, 2021. ECF No. 224. Based on the parties' settlement representations, Defendant's Motion for Summary Judgment, ECF Nos. 217, 224, is DENIED as moot.

Because the Court is denying the Motion for Summary Judgment as moot and not ruling on

its merits, Defendants' Administrative Motion to file Under Seal, ECF No. 218, and Plaintiffs' Administrative Motion to File Briefs and Opposition to Defendant's Motion for Summary Judgment Under Seal, ECF No. 227, are GRANTED.

If the parties do not file a stipulation to dismiss with prejudice by October 22, 2021, the Court will expeditiously reset the hearing on Defendant's Motion for Summary Judgment and rule on Defendants' Administrative Motion to file Under Seal, ECF No. 218, and Plaintiffs' Administrative Motion to File Briefs and Opposition to Defendant's Motion for Summary Judgment Under Seal, ECF No. 227, on the merits anew.

The Court continues the October 6, 2021 Case Management Conference to November 7, 2021 at 2:00 p.m. If the parties do not file a stipulation to dismiss by October 22, 2021, the parties shall file a joint case management statement by October 31, 2021.

The December 9, 2021 pre-trial conference and the January 3, 2022 trial dates remain as set.

**IT IS SO ORDERED.**

Dated: October 1, 2021

_Lucy H. Koh_
LUCY H. KOH
United States District Judge